# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR37** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SENECA D. POLITE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Seneca D. Polite (Polite) to review detention (Filing No. 19 - Sealed). Polite seeks release to a drug treatment program. While the defendant may be in need of a substance abuse treatment program, the defendant has a history of violent criminal behavior as noted in the court's order of detention (Filing No. 13). Release of Polite to a drug treatment facility would not be a condition of release which would reasonably assure the safety of the community. The court finds Polite should remain detained pending disposition of this matter. Polite's motion to review detention (Filing No. 19 - Sealed) is denied.

**IT IS SO ORDERED.**

DATED this 6th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge