IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR37 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SENECA POLITE, | ) | |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 23 be stricken from the record for the following reason:

(X)   Incorrect PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 23 from the record.

DATED this 24th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge