IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR37 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SENECA D. POLITE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion filed by Assistant Federal Public Defender Jessica Douglas to withdraw from further representation of the Defendant (Filing No. 49).

Nebraska Criminal Rule 44.1 provides:

**(e)   Withdrawal of Appearance.**  An attorney who has appeared of record in a case may withdraw upon a showing of good cause, but will be relieved of applicable duties to the court, the client, and opposing counsel only after filing a motion to withdraw with the court, *providing proof of service of the notice on the client,* and obtaining the court's leave to withdraw.

NECrimR 44.1(e) (emphasis added).

The motion will be held in abeyance pending proof of service of notice of withdrawal on the Defendant.

IT IS ORDERED that the motion filed by Assistant Federal Public Defender Jessica Douglas to withdraw from further representation of the Defendant (Filing No. 49) is held in abeyance pending the filing of proof of service of notice of withdrawal on the Defendant.

DATED this 9th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge