### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR37** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **SENECA D. POLITE,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion filed by Assistant Federal Public Defender Jessica Douglas to withdraw from further representation of the Defendant (Filing No. 49) and the certificate of service (Filing No. 52).

IT IS ORDERED that the motion filed by Assistant Federal Public Defender Jessica Douglas to withdraw from further representation of the Defendant (Filing No. 49) is granted.

DATED this 12th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge